ORIGINAL

SEALED
BY ORDER OF THE COURT

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 14-00010-HG-02 |
| MARC MELTON | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2014

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MARC MELTON and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Count 1:     Conspiracy to Commit Wire Fraud, Mail Fraud and Money Laundering
Count 2:     Conspiracy to Launder Monetary Instruments
Counts 3-23: Wire Fraud
Counts 24-29:    Mail Fraud
Counts 33, 36, 39, 41, 44:   Money Laundering

• in violation of Title 18 United States Code, Section(s) 371, 1956(h), 1343, 1341, 1957, 1957(a).

| | |
|---|---|
| Sue Beitia, Clerk of Court | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Sue Beitia by AC | January 3, 2014 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at                                By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| Date Received  1/8/14 | NAME AND TITLE OF ARRESTING OFFICER  Jon Fairbanks  FBI Sacramento  Special Agent | SIGNATURE OF ARRESTING OFFICER  /for Jon Fairbanks |
| Date of Arrest  1/8/14 | | |