# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 14-00010HG |
| CASE NAME: | USA v. (02) Marc Melton |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | (02) Victor J. Bakke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C6 |
| DATE: | 2/7/2014 | TIME: | 10:06-10:13am |

COURT ACTION:   EP:  Initial Appearance & A & P to the Indictment as to Defendant (02) Marc Melton - defendant present, not in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted.  Victor Bakke is appointed as counsel for defendant.

Charges received.  Defendant waives public reading of the Indictment.  Plea of Not Guilty entered.

Jury Selection/Trial: 3/11/14, 9:00am, Judge Gillmor
Final Pretrial Conference: 2/18/14, 2:00pm, Judge Puglisi
Final Pretrial Conference: 2/28/14, 8:30am, Judge Gillmor
Motions due: 1/28/14
Response due: 2/10/14

The Court understands that a Stipulation will be circulated with a new trial date/deadlines.

Bail -
Government has no objection to the Pretrial Services report.

The Court confirms the terms and conditions issued in the Eastern District of California:
1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency.
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody.
3. You are released to the third-party custody of Anita Melton; You shall reside with

   her at (as determined by Pretrial Services).
4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without prior approval of the pretrial services officer.
5. You shall cooperate in the collection of a DNA sample.
6. Your travel is restricted to Eastern District of California; the District of Massachusetts; and the District of Hawaii, unless otherwise approved in advance by the pretrial services officer.
7. You shall surrender all passports to the Clerk, U.S. District Court, and obtain no passport during the pendency of this case.
8. You shall not obtain a passport or other travel documents during the pendency of this case.
9. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control.
10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.  All current and future employment must be approved by Pretrial Services.
11. You shall not be employed in the real estate industry.
12. You shall not engage in any real estate transaction, activities involving escrow, activities involving the Hawaii Bureau of Conveyance, dealing with mortgage lenders, and no applications for mortgage or financing without approval by Pretrial Services.
13. You shall not associate or have contact with co-defendants, including Jennifer McTigue and Sakara Blackwell, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.
14. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.
15. Your release on bond shall be delayed until bond has been posted and all passports, including British and United States, have been surrendered.

The Court further modifies the terms and conditions:
3. You are released to the third-party custody of Anita Melton; You shall reside with her at (as directed by Pretrial Services), effective March 10, 2014.

6. Your travel is restricted to Eastern District of California; the District of Massachusetts; and the District of Hawaii, unless otherwise approved in advance by the pretrial services officer.  Defendant is permitted to drive from the Eastern District of California to the District of Massachusetts, as approved by Pretrial Services.

7. (7g1) Surrender any passport and all travel documents to the U.S. District Court Clerk's Office.  Do not apply for/obtain a passport.  Unless otherwise specified by the Court, the U.S. District Court Clerk's Office is directed to return the posted passport to the defendant upon disposition of this case.  Surrender no later than: **passports to be transferred to the Clerk, U.S. District Court (D/HI) not later than 2/21/14**.

Mr. Bakke waives any conflict in CV13-497LEK-KSC.

Submitted by: Shari Afuso, Courtroom Manager