# MINUTE ORDER

CASE NUMBER:       Criminal No. 14-00010 HG-02

CASE NAME:         United States v. Marc Melton

ATTY FOR
PLAINTIFF:         Kenneth M. Sorenson

ATTY FOR           Victor J. Bakke
DEFENDANT:

---

   JUDGE:   Helen Gillmor

   DATE:    March 11, 2014

---

### **MINUTE ORDER**

　　On March 11, 2014, Defendant Marc Melton submitted a filing addressed to Sue Beitia, Clerk entitled "Private Correspondence, Notice of Acceptance" (ECF No. 34).

　　Defendant is represented by Attorney Victor J. Bakke. A party represented by counsel must submit all filings through counsel of record. See Local Rule 83.6(a); see also United States v. Gwiazdzinski, 141 F.3d 784, 787 (7th Cir. 1998)(citation omitted); United States v. Robinson, 8 F.3d 398, 418 n.27 (7th Cir. 1993).

　　Defendant's filing (ECF No. 34) is **STRICKEN**.

Submitted by Leslie L. Sai, Courtroom Manager